IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV313-MU

| | |
|---|---|
| BETTY L. HALL, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BEARINGS DISTRIBUTORS, )<br>INC., )<br>)<br>Defendant. )<br>)<br>_____ ) | ORDER |

    This matter is before the court upon its own motion. This court entered an Order on July 12, 2005, directing the Plaintiff to pay a partial filing fee of $50.00 within thirty days. To date, Plaintiff has failed to pay the requisite fee. Accordingly,

    IT IS THEREFORE ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE.

**Signed: September 19, 2005**

Graham C. Mullen
Chief United States District Judge